FILED

02/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0207

_____

DAVID McCAULEY, an individual, LEADERS
WITHOUT LIMITS, INC., a Wyoming
Corporation, and PERKINS FAMILY
HOLDINGS, LLC, a Montana Limited Liability
Company,

        Plaintiffs and Appellants,

  v.                                     O R D E R

CROWLEY FLECK, PLLP, a Montana
Professional limited liability partnership, GRANT
S. SNELL, an individual, SCOTT D. HAGEL, an
individual, CHASE D. GIACOMO, an individual,
and DOES 1-10,

        Defendants and Appellees.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

                               For the Court,

                                           Electronically signed by:
                                             Mike McGrath
                           Chief Justice, Montana Supreme Court
                                           February 9 2022